UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ST ENGINEERING MARINE, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  2:20-cv-00327-JDL ) |
| THOMPSON, MACCOLL & BASS, LLC, | ) ) ) ) |
| Defendant. | ) |

**ORDER AMENDING JUDGMENT**

On September 30, 2022, following a three-day bench trial at the end of March 2022, this Court issued a Decision and Judgment in favor of Plaintiff ST Engineering Marine, Ltd. ("STEM") in the amount of $261,839.04 (ECF No. 69). On October 14, 2022, STEM filed a Motion to Amend Judgement to Include Prejudgment Interest (ECF No. 72) pursuant to Fed. R. Civ. P. 59(e).[1] STEM requests that the Court exercise its discretion to amend the Judgement to include an award of prejudgment interest as set forth in 14 M.R.S.A. § 1602-B (West 2022). Defendant Thompson, MacColl & Bass, LLC ("TM&B") did not file a response, but it did appeal the Decision and Judgment on October 31, 2022 (ECF No. 74).

I find that STEM is entitled to prejudgment interest at a rate of three (3) percent above the "one-year Treasury Bill rate" from the last full week of the calendar

---

[1] STEM's motion asserts that Fed. R. Civ. P. Rule 59(c) "is the proper procedural vehicle for motions seeking to revise a judgment to include an award of prejudgment interest." ECF No. 72 at 2, ¶ 5 (quoting *Crowe v. Bolduc*, 365 F.3d 86, 91 (1st Cir. 2004)). *Crowe v. Bolduc* explicitly states that Rule 59(e) "governs motions to alter or amend a judgement" to include prejudgment interest. *Crowe*, 365 F.3d at 91. The plain language of Rule 59(e) also supports this. Therefore, I issue this Amended Judgment pursuant to Rule 59(e).

year immediately prior to the year in which prejudgment interest began to accrue. 14 M.R.S.A. § 1602-B(3). TM&B is liable for prejudgment interest accrued between September 15, 2020—the date of the filing of the Complaint—and September 30, 2022—the date on which the order of judgment was entered. *See* 14 M.R.S.A. § 1602-B(5).

Accordingly, it is **ORDERED** that STEM's Motion to Amend Judgment to Include Prejudgment Interest (ECF No. 72) is **GRANTED** and the Judgment is **AMENDED** by the addition of the following provision:

> STEM is awarded prejudgment interest as allowed by 14 M.R.S.A. § 1602-B (West 2022), at a rate of three (3) percent above the "one-year Treasury Bill rate" from the last full week of the calendar year immediately prior to the year in which prejudgment interest began to accrue. 14 M.R.S.A. § 1602-B(3). TM&B is liable for prejudgment interest accrued between September 15, 2020—the date of the filing of the Complaint—and September 30, 2022—the date on which the order of judgment was entered. *See* 14 M.R.S.A. § 1602-B(5).

**SO ORDERED.**

**Dated: December 12, 2022**

                                                    **/s/ JON D. LEVY**
                                              **CHIEF U.S. DISTRICT JUDGE**