# United States Court of Appeals
## For the First Circuit

No. 22-1844

ST ENGINEERING MARINE, LTD.,

Plaintiff, Appellee,

v.

THOMPSON, MACCOLL & BASS, LLC, P.A.,

Defendant, Appellant.

**JUDGMENT**

Entered: December 6, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: James M. Bowie, Benjamin J. Wahrer, Lee Hart Bals